**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Julio Cesar GONZALEZ–MENDOZA,**
**a.k.a. Marvin Alonzo Osorto–Her-**
**nandez, Defendant–Appellant.**

**No. 14–10401**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 25, 2014.

ney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Sylvia Irvin, Federal Public Defender's Office, Jacksonville, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Julio Cesar Gonzalez–Mendoza, Inmate Legal Mail, Mcrae, GA, for Defendant–Appellant.

Before TJOFLAT, ROSENBAUM and KRAVITCH, Circuit Judges.

PER CURIAM:

Sylvia A. Irvin, appointed counsel for Julio Cesar Gonzalez–Mendoza in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gonzalez–Mendoza's conviction and sentence are **AFFIRMED.**